## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3683  Assigned/Issued By: DAJ

Judge Name: DER-YEGHIAYAN  Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

Amount Due:  ☒ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00   Receipt #: 2893290

Date Payment Rec'd: 06/27/08   Fiscal Clerk: DAJ

### ISSUANCES

☒ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____            
   *(Type of Writ)*                    *(Type of issuance)*

1 Original and 0 copies on 06/27/08 as to DEF.
                          *(Date)*