AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*ALIAS* SUMMONS IN A CIVIL CASE

Michael Yauger as Trustee of Local 786
Building Material Welfare Fund and as Trustee
of Local 786 Building Material Pension Fund

CASE NUMBER: 08 CV 3683

V.

ASSIGNED JUDGE: Der-Yeghiayan

Rohar Trucking, Inc.

DESIGNATED
MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

Serve: Rohar Trucking, Inc
C/O Roland Harper - Registered Agent
5572 N. Lynch Avenue
Chicago, IL 60630

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey W. Hoff/In-House Counsel
300 S. Ashland, Room 500
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUL 15 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | September 3, 2008 |
| NAME OF SERVER *(PRINT)*    Helga Ganz | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Served attorney Patrick Cotter, of Arnstein and Lehr LLP, Attorney for Defendant Rohar Trucking Inc., Papers accepted by Receptionist at 120 S. Riverside Plaza, Suite 1200, Chicago, IL 60606

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    9/3/08     *[signature]* Helga Ganz
              Date           *Signature of Server*

53 West Jackson Blvd., Ste. 1460
Chicago, IL 60604
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.